In the Matter of the Application of ISADORE ROSENBLOOM for Admission to Practice as an Attorney and Counselor at Law. (From the State of New Jersey.) —Assuming the New Jersey rule limits the practice of the law in that State to residents, it is indicated that applicant misunderstood the meaning of the rule. He says that during the last five months of his " actual practice " in New Jersey, court matters were handled for him by his brother. However, it appearing that, while a resident of this State, he practiced law in New Jersey during five months which were at the end of the five-year period required for practice in the sister State, his application must be denied for the same reason that it is denied in *Matter of Rotolo* [*ante*, p. 724], decided herewith. Application denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of SYLVIA SAFRAN, Respondent, v. HERMAN SAFRAN, Appellant.— Motion to resettle order of this court dated November 29, 1935, denied. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

KINGS COUNTY TRUST COMPANY, Appellant, v. LOUISA S. DERX, etc., and Another, Defendants, and CHARLES A. GOMER, as Sole Executor, etc., of AUGUSTA GOMER, Deceased, Respondent.— Motion for reargument granted and reargument set down for Friday, February 14, 1936. [See 246 App. Div. 730.] Motion for leave to appeal to the Court of Appeals denied. Present — Young, Carswell, Davis, Adel and Taylor, JJ. [See, also, *post*, p. 763.]

ISIDOR KLEIN, Appellant, v. LENA KRAMER, Respondent.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

IDELLA R. KOECHEL and Another, as Executors, etc., of ELIZABETH F. PAGE, Deceased, and Another, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.